

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2014

No. 04-13-00811-CR

Joseph **GARCIA** III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8879
The Honorable Angus K. McGinty, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on January 22, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2014.

_____
Keith E. Hottle, Clerk